**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7406

ROBERT EARL VANCE,

Plaintiff - Appellant,

versus

PHILLIP MCCLOUD; RANDALL; PATRICIA WILLIAMS;
AMY ENLOE,

Defendants - Appellees,

PERRY CORRECTIONAL INSTITUTION,

Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(CA-03-3515)

Submitted: January 26, 2006        Decided: February 2, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Earl Vance, Appellant Pro Se.  William Benson Darwin, Jr.,
HOLCOMBE,  BOMAR,  GUNN  &  BRADFORD,  P.A.,  Spartanburg,  South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Earl Vance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Vance v. McCloud, No. CA-03-3515 (D.S.C. Aug. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED